## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:
TERRY LEE GAINES                                        CASE NO. 03-02524
BARBARA GAIL GAINES                                     CHAPTER 13
        Debtors.


## TRANSMITTAL OF UNCLAIMED FUNDS


Helen M. Morris, Chapter 13 Trustee, reports the following:

        (1)   Checks listed below were mailed to creditors and returned to this office marked
insufficient address and/or forwarding order expired or cancelled automatically 90 days after
final distribution.  The check numbers, the names of the persons to whom such unnegotiated
checks were issued, the amount of such checks, and their last known addresses are:

                                CAPITAL ONE
                                P O BOX 85167
                                RICHMOND, VA 23285


  (2)   Your Trustee's check for $2.65 payable to the Clerk of the Court is attached to this report
and list.  In the event, this amount is different than the amount previously paid to the above
creditor, the difference is due to change in the trustee fee during the pendency of the case.

        (3)   Nothing further remains to be done in this case.


Dated:


*Helen M Morris*
Helen M. Morris
Chapter 13 Trustee
PO Box 8535
South Charleston, WV 25303